IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMEE RIDENOUR, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| | : | NO. 10-05963 |
| | : | |
| PA ATTORNEY GENERAL, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 21st day of June, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge M. Faith Angell, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;[1]

2. The petition for writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] The petitioner did not file objections to the report and recommendation.